**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

Debtor: **Mitchell Shephard**        SSN: XXX-XX-**8565**        CASE NO. **17-51761-KMS**
Joint Debtor:_____        SSN: XXX-XX-_____        Median Income: ____ Above **XX** Below
Address: **7237 Hwy 613**
         **Lucedale, MS 39452**

**THIS PLAN DOES NOT ALLOW CLAIMS.  Creditors must file a proof of claim to be paid under any plan that may be confirmed.  The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to be less than 36 months for below-median income debtor(s), or less than 60 months for above-median income debtors(s).

(A)   Debtor shall pay $ **1912.00** monthly to the Chapter 13 Trustee.  Unless otherwise ordered by the Court, an order directing payment shall be issued to Debtor's employer at the following address:

**Self Pay**

**PRIORITY CREDITORS. N/A**

**DOMESTIC SUPPORT OBLIGATION: N/A**

**HOME MORTGAGES.**     All claims secured by real property which are to be paid through the plan shall be scheduled below.  Absent an objection by a party-in-interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to **Wells Fargo**        Beginning **October 2017** @ $ **1631.00**        **XX** Plan ____Direct
Mtg arrears to **Wells Fargo**        Through **September 2017**     $ **8367.00**     @$ **139.45**     /mo

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM: N/A**

**NON-MORTGAGE SECURED CLAIMS.  N/A**

**SPECIAL CLAIMANTS: N/A**

**STUDENT LOANS: N/A**

**SPECIAL PROVISIONS: N/A**

**GENERAL UNSECURED CLAIMS** total approximately $ **21,179.00**     .  Such claims must be *timely filed* and not disallowed to receive payment as follows:_____ IN FULL (100%), **0.00** %(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution.  *Those general/unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Total attorney fee charged:     $ **3330.00**
Attorney fee previously paid:   $ **3330.00**
Attorney fee to be paid in plan: $    **0**

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Debtor's Initials **MS**        Joint Debtor's Initials_____        Chapter 13 Plan, Page 1 of    **2**

| | |
|---|---|
| Automobile Insurance Co./Agent | Attorney for Debtor (Name/Address/Phone/Email)<br>**Paul B. Caston, MSB # 10086**<br>**P.O. Box 1742**<br>**Hattiesburg, MS  39403-1742**<br>**Tel. 601-544-2516**<br>**Fax. 601-544-2517**<br>E. **paulcaston@gmail.com** |

DATED: **October 20, 2017**        DEBTOR'S SIGNATURE  */s/ Mitchel Shephard*

JOINT DEBTOR'S SIGNATURE

ATTORNEY'S SIGNATURE  */s/ Paul B. Caston*

Debtor's Initials **MS**        Joint Debtor's Initials           Chapter 13 Plan, Page 2 of   2